*CLOSED*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MEENAXI ENTERPRISE, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-906 (SRC) |
| SINGH TRADING CO., INC. et al., | : **OPINION & ORDER** |
| Defendants. | : |

**CHESLER, U.S.D.J.**

This matter comes before the Court on two motions for default judgment by Plaintiff Meenaxi Enterprise, Inc. ("Meenaxi"): 1) as to Defendants Bhavani Foods and Vegetables, Inc. and Mukund Patel; and 2) as to Defendants Singh Trading Co., Inc. d/b/a Roshni Foods and Pardeep Singh Aneja.  Previously, this Court had denied two very similar motions for default judgment against other defendants in this case.  Meenaxi appealed these denial decisions to the Third Circuit Court of Appeals, which has affirmed them.  For the same reasons explained in this Court's Opinion dated June 21, 2023, further explained in the Opinion denying reconsideration dated July 6, 2023, and affirmed in the Third Circuit decision dated July 31, 2024, the two pending motions for default judgment are denied.

For these reasons,

**IT IS** on this 29th day of August, 2024,

1

**ORDERED** that the motion for default judgment against Defendants Bhavani Foods and Vegetables, Inc. and Mukund Patel (Docket Entry No. 70) is **DENIED**; and it is further

**ORDERED** that the motion for default judgment against Defendants Singh Trading Co., Inc. d/b/a Roshni Foods and Pardeep Singh Aneja (Docket Entry No. 79) is **DENIED.**

  s/ Stanley R. Chesler
Stanley R. Chesler
United States District Judge
